☐ ORIGINAL

peter arevalopet

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV - 7 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER T. AREVALO,<br><br>    Defendant. | MAGISTRATE CASE NO. 07-00017<br><br>**PETITION FOR WRIT OF REMOVAL** |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

1. On March 9, 2001, the United States Attorney's Office, for the Western District of Kentucky filed an Information charging the defendant with Theft of Government Property in violation of Title 18, United States Code, Section 641;

2. On January 27, 2003, the U.S. District Court for the Western District of Kentucky, issued a no bail warrant of arrest for the defendant to be brought to the Western District of Kentucky to answer to the charge of the information. A copy of the information and warrant for arrest are attached and incorporated herein as Exhibit 1.

3. On November 7, 2007, the defendant arrived on Guam and was arrested.

WHEREFORE, petitioner prays this Court to issue a writ of removal pursuant to Rule 5(c) for said defendant from the District of Guam to the Western District of Kentucky.

DATED this 7th day of November 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL, KENTUCKY

UNITED STATES OF AMERICA            INFORMATION

V.            NO. 5:01M-101-K

PETER T. AREVALO            18 U.S.C. 641

FILED 3-9-01

The United States Attorney charges:

### COUNT 1

On or between the 29th day of December 1998 and the 20th day of May 2000, in the Western District of Kentucky at Fort Campbell, Christian County, Kentucky, within the special maritime and territorial jurisdiction of the United States, PETER T. AREVALO, defendant herein, did steal U.S. Government military housing allowance payments, of some value, by accepting payments without proper authorization.

In violation of Title 18, United States Code, Section 641.

_____ AUSA
STEVEN S. REED
United States Attorney

EXHIBIT 1

PETER T. AREVALO

**PENALTIES**

18 U.S.C. 641

MINIMUM:

MAXIMUM: $100,000 &/or 1 year confinement

SPECIAL ASSESSMENT: $25

AO 442 (Rev. 5/93) Warrant for Arrest    0333-0128-0200-I    # 724760

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __KENTUCKY AT FORT CAMPBELL__

UNITED STATES OF AMERICA

v.

PETER T. AREVALO

**WARRANT FOR ARREST**

Case Number: 5:01M-107-K

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PETER T. AREVALO__
                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  X Information  ☐ Complaint  ☐ Order of court  ☐ Violation   ☐ Probation Violation Petition

charging him or her    (brief description of offense)

THEFT OF GOVERNMENT PROPERTY. Defendant was scheduled to appear for Further Proceedings on January 23, 2003 at Fort Campbell, Kentucky. Defendant failed to appear for further Proceedings.

in violation of _____18_____ United States Code, Section(s): _____641_____

__JEFFREY A. APPERSON__                __CLERK OF COURT__
Name of Issuing Officer                  Title of Issuing Officer

By: _Mary Butler, DC_ (signature)       __JANUARY 27, 2003 AT PADUCAH KENTUCKY__
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____ by _____
                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

* NCIC

AO 442   (Rev. 12/85) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __PETER T. AREVALO__

ALIAS: _____

LAST KNOWN RESIDENCE: ███████████████ KY 42262

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: ███ 1975

SOCIAL SECURITY NUMBER: ███-9534

HEIGHT: _____            WEIGHT: _____

SEX: __MALE__                      RACE: _____

HAIR: _____               EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____