**Criminal Case Cover Sheet**            **U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

**Related Case Information:**
Superseding Indictment _____ Docket Number __mj 07-00017__
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

Country/Parish _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __x__ No

Defendant Name      __Peter T. Arevalo__

Alias Name      _____

Address      _____

Birthdate __Xx/xx/1975__ SS# __xxx-xx-9534__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

**Interpreter:** __X__ No ___ Yes    List language and/or dialect: _____

RECEIVED NOV - 8 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty __X__ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 __18 USC 641__ | Theft of Government Property | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __11-7-07__    Signature of AUSA: _[signature] Fred A. Black_