# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-07-00017-001　　　　　　　　　　　DATE: November 07, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　　　Court Recorder: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 2:16:07 - 2:32:36
CSO: D. Quinata

---

**APPEARANCES:**

Defendant: Peter T. Arevalo　　　　　　　　　Attorney: Richard Arens
　Present　Custody　Bond　P.R.　　　　　　　　Present　Retained　FPD　CJA
U.S. Attorney: Frederick A. Black　　　　　　U.S. Agent:
U.S. Probation: Christopher Duenas　　　　　　U.S. Marshal: T. Muna / D. Punzalan
Interpreter:　　　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Initial Appearance re Petition for Writ of Removal**

- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant arraigned and advised of his rights, charges and penalties.
- Identity Hearing <u>waived</u>.
- Parties stipulated to a brief continuance to allow government counsel to verify the status of the underlying case.
- Removal Proceedings continued to: <u>November 13, 2007 at 10:30 a.m.</u>
- Defendant released on $10,000.00 unsecured bond.

NOTES: