LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 07-00017 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **WAIVER OF IDENTITY** |
| PETER T. AREVALO, | ) |
| Defendant. | ) |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the Western District of Kentucky where there is a warrant outstanding for his arrest.

11/7/07
DATE

_P. ar_
PETER T. AREVALO
Defendant

APPROVED AS TO FORM:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _Frederick A. Black_
FREDERICK A. BLACK
Assistant U.S. Attorney

**ORIGINAL**

FILED
DISTRICT COURT OF GUAM
NOV - 7 2007
JEANNE G. QUINATA
Clerk of Court