# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: MJ-07-00017   DATE: November 13, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori   Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz   Electronically Recorded: 10:46:00 - 10:49:28
CSO: B. Benavente

**APPEARANCES:**

Defendant: Peter T. Arevalo   Attorney: Richard Arens
  Present   Custody   Bond   P.R.       Present   Retained   FPD   CJA
U.S. Attorney: Frederick A. Black   U.S. Agent:
U.S. Probation: Carmen O'Mallan   U.S. Marshal: D. Punzalan/V. Roman
Interpreter:   Language:

**PROCEEDINGS: Removal Hearing**

- Defendant directed to self-report and appear for a hearing on December 5, 2007 at 8:00 a.m. in Ft. Campbell, Kentucky.
- Mr. Black orally moved that Defendant's passport be released to him and that he report to the U.S. Marshal's service for out processing. Motion granted.
- Defendant released on his personal recognizance.

NOTES: