LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| PETER T. AREVALO, | ) | |
| | ) | |
| Defendant. | ) | |

PETER T. AREVALO, having been arrested in the District of Guam on a Warrant of Arrest, and having waived identity, PETER T. AREVALO, is ordered to appear before the Western District of Kentucky, Fort Campbell on December 5, 2007, at 8:00 a.m

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 13, 2007