# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court



November 27, 2007

Mr. Jeffrey A. Apperson
Clerk of Court
Western District of Kentucky
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, Kentucky 40202

Re: Magistrate Case No. 07-00017
(Your Criminal Case No. 5:01M-107-K)
U.S.A. - vs - Peter T. Arevalo

Dear Mr. Apperson:

Pursuant to a Warrant of Removal, I am transmitting certified copies of the following documents for the above-entitled matter. They are as follows:

1. Petition for Writ of Removal, filed November 7, 2007
2. Minute Entry re Initial Appearance on Petition for Removal, filed November 7, 2007
3. Appointment Order, filed November 7, 2007
4. Order Setting Conditions of Release (redacted), filed November 7, 2007
5. Minute Entry re Removal Hearing, filed November 13, 2007
6. Order re Removal, filed November 13, 2007
   Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures